■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY CRAWFORD, Appellant. [877 NYS2d 228]—Judgment,

Supreme Court, Bronx County (John Collins, J.), rendered on or about April 24, 2008, unanimously affirmed. No opinion. Order filed. Concur—Gonzalez, P.J., Mazzarelli, Saxe, Moskowitz and Richter, JJ.